1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12 | STRIKE 3 HOLDINGS, LLC,

13 |                              Plaintiff,

14 | vs.

15 | JOHN DOE subscriber assigned IP address 76.102.12.84,

16

17 |                              Defendant.

Case Number: 3:25-cv-06497-LJC

**[PROPOSED] ORDER ON *EX-PARTE* APPLICATION FOR LEAVE TO FILE UNREDACTED VERSIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT, PROPOSED SUMMONS, AND RETURN OF SERVICE UNDER SEAL**

18

19      THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* Application for Leave to

20 File Unredacted Versions of its First Amended Complaint, Proposed Summons, and Return of

21 Service Under Seal, and the Court being duly advised in the premises does hereby:

22      ORDER AND ADJUDGE:  Plaintiff's Application is granted.  Plaintiff may file

23 unredacted versions of its First Amended Complaint, proposed summons, and return of service

24 under seal.

25      SO ORDERED this _15___ day of ___January_____, 202_6_ .

26

27                                 **UNITED STATES MAGISTRATE JUDGE**

28

1