UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.102.12.84,<br><br>            Defendant. | Case Number: 3:25-cv-06497-LJC<br><br>Honorable Lisa J. Cisneros<br><br>[PROPOSED] ORDER ON PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |

THIS CAUSE came before the Court upon Plaintiff's second *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for January 29, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until February 16, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for January 29, 2026 is continued to March 19, 2026 at 1:30 p.m.

**DONE AND ORDERED**.

Dated: January 15, 2026         By: _____
                                **United States Magistrate Judge**
                                Hon. Lisa J. Cisneros

1

[Proposed] Order on Second *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 3:25-cv-06497-AGT