**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>                    Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 76.102.12.84, <br><br>                    Defendant. | Case Number: 3:25-cv-06497-LJC <br><br> Honorable Lisa J. Cisneros <br><br> **ORDER ON PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's third *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for March 19, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until Apri 17, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for March 19, 2026 is continued to May 21, 2026 at 1:30 p.m.

**DONE AND ORDERED**.

Dated: February 17, 2026_____          By: _____

**United States Magistrate Judge**
Hon. Lisa J. Cisneros

1

[ Order on Third *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 3:25-cv-06497-AGT